## WESTCHESTER SQUARE ADMINISTRATIVE CLAIM

| Claimant | Allowed Administrative Amount |
| --- | --- |
| Spivey, John | 41.94 |
| Sullivan, John | 48.01 |
| Mercado, Mercedes | 85.24 |
| Casiano, Jose | 86.56 |
| Bryden, Angela | 524.11 |
| Pulley, Lorraine | 321.04 |
| WILDE SARAH A. | 1,018.23 |
| Rodrigo, Jude | 340.94 |
| Hernandez, Jennifer | 358.05 |
| Davis, Gerald | 366.81 |
| Payne, Jaleesa | 1,081.17 |
| PROSCIO VICTORIA | 415.35 |
| GEORGES JOSEPH F. | 1,123.06 |
| BHAGWANDIN BOEDWATTEE | 544.31 |
| Messina, Rosalie | 597.61 |
| Dorsainvil, Arnolf | 1,843.84 |
| SCULLEY SHAWN T. | 1,896.00 |
| RUZZO NANETTE A. | 855.00 |
| Martinez, Flor | 685.63 |
| Vasquez, Carmen | 732.78 |
| Vettickanakudy, Philip | 1,331.77 |

| | |
|---|---|
| Kurian, Alex | 1,370.69 |
| HUFF DIANE | 2,064.78 |
| Colon, Samantha | 790.05 |
| Martinez-Andreu, Miriam | 861.84 |
| JONES, RHONDIE | 866.59 |
| RAMOS HIRAM | 1,530.00 |
| Cobb, Julius | 846.47 |
| Kosakowski, David | 881.79 |
| Estrella, John | 871.63 |
| John, Rajesh | 1,303.95 |
| Barker-Steffanie | 955.77 |
| Westin, Irene | 1,202.90 |
| Greco, Angela | 1,484.89 |
| MASTRANGELO REGINA | 1,325.56 |
| SANTIAGO JULIE UNAY | 1,120.77 |
| Cerbone, marie | 1,101.18 |
| NENNER LISA | 6,154.60 |
| Huertas, Heriberto | 1,020.17 |
| Estrella, Carlos | 1,068.68 |
| GALATI* CAROLYN | 1,137.35 |
| KLEINELP ELLEN J. | 3,106.00 |
| Crane, Genevieve | 1,254.60 |
| NESTOR, KELLY | 1,944.85 |

| | |
|---|---|
| VAIL CHRISTOPHER | 1,206.92 |
| HOERING LINDA | 1,322.00 |
| Maldonado, Joseph | 1,242.03 |
| PHILIP MERCY | 2,678.00 |
| MURRAY JOYCE | 1,388.66 |
| Alvarez, Fanny | 1,397.33 |
| MAGDITS LINDA | 3,708.23 |
| Threat, Ailena | 2,341.26 |
| Donaghey, Amanda | 1,603.24 |
| Whitmore, Oneta | 1,508.00 |
| NATHAN MARYKUTTY P. | 3,924.82 |
| HAYER RAFAEL | 1,546.87 |
| Lawrence, Clifford | 2,191.46 |
| VILARAGUT JOSE | 1,616.32 |
| NAIR RADHA G. | 4,138.82 |
| RAMOS MARIA | 1,916.46 |
| KOPMAN ALAN | 25,972.00 |
| RAMOS EDDIE | 2,097.94 |
| Lawrence, Richard D | 1,888.66 |
| ABBANDONATO ANTOINETTE | 2,250.42 |
| STEWART CAROLINE | 1,926.00 |
| BOER CHARLES | 1,950.08 |
| Segarra, Joann | 2,517.74 |

| | |
|---|---|
| CAMPBELL JOAN BURKE | 4,507.55 |
| Schacht, Richard | 2,474.89 |
| Ortiz, Melanie | 2,147.11 |
| Pena, Luis | 2,105.13 |
| MANGUAL GLORIA | 2,318.38 |
| MOLLOY COLLEEN | 5,070.83 |
| WARD EILEEN E. | 6,731.00 |
| RYBACKI JOANN | 3,621.13 |
| RICCARDI RONALD | 4,600.00 |
| CARPINI JACK DELLI | 6,849.10 |
| Giron, Rommel | 3,339.86 |
| Smolen, Glenn T | 2,264.04 |
| ORSI SUSAN | 2,850.00 |
| BROWN CHARLENE | 3,940.93 |
| Riley, William | 2,267.63 |
| Rivera, Enrique | 2,308.34 |
| CONTI JEANNIE | 3,500.00 |
| Marsh, Kaorah T | 2,762.23 |
| Gumbs, Simone | 4,729.78 |
| CAMERO GEORGINA D | 2,614.00 |
| RENTA MILDRED | 6,440.00 |
| BRAZELL DONNA | 2,817.74 |
| Donaghey, Adrienne | 3,121.78 |

| | |
|---|---|
| PINTO CHRISTINE H. | 7,374.60 |
| GRAHAM RAYMOND | 3,057.97 |
| RODRIGUEZ EDWIN J. | 3,798.94 |
| NWANKWO PATIENCE | 7,168.69 |
| LACSON JANE B. | 8,058.00 |
| HACKER JOHN | 3,238.04 |
| MARTORANO MARGUERITE | 1,948.89 |
| Gregorio, Carmen | 4,158.36 |
| Morua, Jitka | 3,333.65 |
| NOTO LOUANICE ANN | 10,087.00 |
| COLON CARLOS | 3,478.13 |
| FERRARA GERALDINE | 3,588.03 |
| Tahir, Mohammad | 5,566.99 |
| LYONS-ECKERT ROSEMARY | 8,954.05 |
| AKHAND TAHER U. | 17,307.69 |
| Goldsmith, Paulette | 3,621.29 |
| KIELY JEAN M. | 7,750.64 |
| Avasso, Patricemarie | 4,953.22 |
| MCGLYNN JOHN | 11,587.62 |
| AGATEP ZENAIDA | 9,960.00 |
| THOMAS LOLIETA | 4,176.03 |
| GALATI SERAFINA | 4,239.00 |
| JAMES MARGARITA | 9,514.60 |

| | |
|---|---|
| LIMONGELLI MICHAEL | 12,170.76 |
| GIORDANO GERALDINE | 9,793.00 |
| ESTRELLA SERGIO | 10,908.61 |
| SARUBBI JOAN | 5,277.79 |
| Ramos, Yolanda | 4,683.33 |
| RAMBARRAN RAMESHCHANDRA | 5,704.71 |
| Filizzola, Rocco | 4,923.31 |
| SHRESTHA SABINA | 11,309.00 |
| HANLON EILEEN | 13,181.53 |
| CONVERSO NANCY | 16,500.00 |
| COLON GEORGE | 5,636.64 |
| OSBORNE, RN JEAN A. | 14,002.73 |
| PINPIN ELAINE C. | 14,483.76 |
| BUTERA CATHERINE | 15,327.00 |
| LEE HEE SOOK | 15,284.00 |
| ULYSSE ROSEMIE | 15,125.18 |
| LOPEZ LETICIA | 7,407.68 |
| BRAMMER DELLY | 6,839.19 |
| DONOVAN CATALINA | 15,415.35 |
| MADRAMOOTOO LOKEMATTIE | 6,645.04 |
| SICILIA GUY L. | 7,195.82 |
| HILL ROBIN | 17,262.86 |
| SPENCER MARLENE A. | 29,847.00 |

| | |
|---|---|
| **ONUOH MARGARET** | 33,344.19 |
| **KOPMAN ALAN** | 1,361,541.27 |
| Acevedo, Maureen | 2,492.26 |
| Almonte, Cristina | 1,906.02 |
| Baker-Tracey, Ingrid | 2,443.40 |
| Bejar, Lillian | 1,339.11 |
| Cantatore, Robert | 1,566.95 |
| Dokyi, Ansah | 2,443.40 |
| Ferrer, Anthony | 1,183.52 |
| Figueroa, Evelyn | 1,209.95 |
| Fondo, Patricia | 1,303.93 |
| Gathers, Myra | 839.47 |
| Harvey, Joan | 2,126.22 |
| Hickson, Joan | 1,326.18 |
| Hutchinson, Yvonne | 0.00 |
| Johnson-Thomas, Jeannie | 2,294.24 |

| | |
|---|---|
| Khan, Mmudassir | 6,784.34 |
| Malik, Tahira | 1,409.65 |
| Marsh,Gina | 216.66 |
| Mendoza-Jimene , Carol | 2,574.36 |
| Pasmanik, Boris | 104.09 |
| Rios,Elba | 1,951.39 |
| Rodriguez, Editha | 62.49 |
| Rodriguez, Jillian | 1,275.49 |
| Roker,Cleo | 2,492.26 |
| Santana, Ramons | 62.49 |
| Singh,Shanta | 1,961.76 |
| Speiller, Howard | 89.05 |
| Thomas, Cassandra | 2,492.26 |
| JUANA BEATO | 8,815.47 |
| JOHNSON PATRICIA | 2,500.00 |
| SLAGTAND EVADNEY | 2,500.00 |
| DANNETT DENTON-MURRAY | 2,500.00 |
| RIZZUTI* GINA | 2,500.00 |
| CONCEPCION JOSE | 176.42 |
| SODEXO INC. & AFFILIATES | 124,638.18 |
| MED-APPAREL SERVICES INC. | 2,570.85 |
| SPECIALTY PROFESSIONAL SERVICES CORP. | 34,624.00 |
| EAGLE LEASING CO. | 65.00 |

| | |
|---|---|
| MEDLINE INDUSTRIES, INC. | 18,932.87 |
| MEDLINE INDUSTRIES, INC. | 25,028.49 |
| NY- DEPARTMENT OF FINANCE | 7,771.00 |
| EMPIRE HEALTHCHOICE ASSURANCE, INC. | 1,011.91 |
| NEW YORK BLOOD CENTER, INC. | 134,733.70 |
| ALCON LABORATORIES, INC. | 22,418.29 |
| BOSTON SCIENTIFIC CORP | 35,564.00 |
| BRANDON ASSOCIATES, LTD | 54,050.02 |
| HEALTH/ROI | 161,995.47 |
| LIFELINE AMBULANCE SERVICE | 105,020.00 |
| NATIONAL HEALTH RESOURCES, INC. | 7,000.00 |
| NEW YORK STATE NURSES ASSOCIATION | 386,801.64 |
| CBORD GROUP, INC. THE | 5,467.31 |
| ZIMMER, INC. | 10,546.04 |
| NETWORK RECOVERY SERVICES, INC. | 273,816.00 |
| NEW YORK AND PRESBYTERIAN HOSPITAL | 464,264.69 |
| UNITEX TEXTILE RENTAL SERVICES INC. | 66,766.38 |
| OWENS & MINOR DISTRIBUTION, INC. | 82,196.92 |
| CARDINAL HEALTH 110, INC. | 179,769.21 |
| NEW YORK STATE DEPARTMENT OF HEALTH | 21,527.15 |
| HEALTHFIRST, INC | 24,965.51 |
| NY- DEPARTMENT OF LABOR | 1,722,330.79 |
| LINDE GAS NORTH AMERICA LLC (FORMERLY BOC | 64,825.54 |

Page 8

| | |
|---|---|
| PRESTIGE LABS INC | 5,056.40 |
| HILL-ROM COMPANY, INC. | 31,701.90 |
| BURKE SUPPLY | 6,597.00 |
| NAVIX DIAGNOSTIX, INC. | 146,565.00 |
| NEW YORK MERCHANTS PROTECTIVE COMPANY | 754.62 |
| GENERAL ELECTRIC COMPANY DBA GE | 163,588.33 |
| ASSURE ANESTHESIA, PLLC | 13,000.00 |
| WESTCHESTER SQ. EMERGENCY PHYSICIANS | 19,247.10 |
| TRILLIANT SURGICAL | 33,060.00 |
| NEW YORK STATE NURSES ASSOCIATION BENEFITS | 378,112.30 |
| NYS NURSES ASSOCIATION PENSION PLAN | 2,051,754.00 |
| MEDICAL RENAL ASSOCIATES, P.C. | 51,595.00 |
| STATE INSURANCE FUND | 12,274.73 |
| NEW YORK WESTCHESTER SURGICAL, PC | 17,000.00 |
| NYC- DEPARTMENT OF FINANCE | 21,093.00 |
| NIGHTHAWK RADIOLOGY SERVICES | 18,857.05 |
| LABORATORY CORPORATION OF AMERICA | 17,717.42 |
| CARDINAL HEALTH 411, INC. | 60,580.51 |
| ROSEMAWR MANAGEMENT, LLC | 23,570.00 |
| LUTHRA, MD JASMINDER | 96,700.00 |
| BAXTER HEALTHCARE | 88,687.65 |
| EMPIRE HEALTHCHOICE ASSURANCE, INC. D/B/A | 74,551.54 |
| EQUEST CORP. | 5,252.00 |

| | |
|---|---|
| CREEKRIDGE CAPITAL, LLC DBA SMITH & NEPHEW | 96,606.00 |
| UNITED HEALTHCARE INSURANCE COMPANY & | 51,439.42 |
| ALLSCRIPTS HEALTHCARE LLC | 207,231.83 |
| BECKMAN COULTER, INC. | 0.00 |
| SMITH & NEPHEW, INC. | 94,302.19 |
| PREFERRED BUSINESS | 12,219.80 |
| BONDI IOVINO & FUSCO | 1,500.00 |
| NUANCE COMMUNICATIONS, INC. | 29,625.80 |
| U.S DEPARTMENT OF HEALTH & HUMAN | 782,495.00 |
| HANYS | 60,284.13 |
| CENTER FOR WOUND HEALING INC | 357,500.00 |
| PHYSICIANS' RECIPROCAL INSURERS | 101,295.00 |
| 1199SEIU NATIONAL BENEFIT FUND FOR HEALTH | 745,182.78 |
| LEAGUE/1199SEIU/HEALTH CARE INDUSTRY JOB | 21,012.68 |
| 1199SEIU/EMPLOYER CHILD CARE FUND | 5,790.43 |
| 1199SEIU HEALTH CARE EMPLOYEES PENSION FUND | 2,289,988.58 |
| DONLIN RECANO & CO | 519,128.39 |
| GARFUNKEL & WILD | 2,078,560.00 |
| SAK MANAGEMENT | 483,062.23 |
| GREENBERG TRAURIG | 159,604.41 |
| M.R. WEISER & CO. LLP | 2,174,011.00 |
| FARRELL FRITZ | 544,785.36 |
| DELOITTE | 91,674.00 |

| | |
|---|---:|
| ERNST & YOUNG | 898,164.00 |
| PRICEWATERHOUSE COOPERS | 443,231.00 |
| TOTAL ADMINISTRATIVE | 21,698,661.83 |