**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
One Bowling Green
New York, NY 10004–1408

| | |
|---|---|
| IN RE: New York Westchester Square Medical Center | CASE NO.: 06–13050–smb |
| Social Security/Taxpayer ID/Employer ID/Other Nos.: 31–1730177 | CHAPTER: 11 |

## NOTICE OF DISMISSAL

An order of dismissal was entered by the Honorable Stuart M. Bernstein in this Chapter 11 case.

New York Westchester Square Medical Center was dismissed from the case on December 10, 2014 .

Dated: December 10, 2014                                   Vito Genna
                                                                                Clerk of the Court